UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DEBORAH DIANE FLETCHER, :
:
Plaintiff, : Case: 1:16-cv-00613 (F-Deck)
: Assigned To : Unassigned
v. : Assign. Date : 4/1/2016
: Description: Pro Se Gen. Civil
SOCIAL SECURITY ADMINISTRATION, :
:
Defendant. :

## MEMORANDUM OPINION

This matter comes before the court on review of plaintiff's application to proceed *in forma pauperis* and *pro se* civil complaint. The Court will grant the application, and dismiss the complaint.

The Court has reviewed plaintiff's complaint, keeping in mind that complaints filed by *pro se* litigants are held to less stringent standards than those applied to formal pleadings drafted by lawyers. *See Haines v. Kerner*, 404 U.S. 519, 520 (1972). Even *pro se* litigants, however, must comply with the Federal Rules of Civil Procedure. *Jarrell v. Tisch*, 656 F. Supp. 237, 239 (D.D.C. 1987). Rule 8(a) of the Federal Rules of Civil Procedure requires that a complaint contain a short and plain statement of the grounds upon which the court's jurisdiction depends, a short and plain statement of the claim showing that the pleader is entitled to relief, and a demand for judgment for the relief the pleader seeks. Fed. R. Civ. P. 8(a).

It appears that plaintiff claims an entitlement both to additional benefits from the Social Security Administration and "to see her complete records[.]" Compl. at 2. The complaint does not state the grounds upon which the court's jurisdiction depends. It is not clear whether

plaintiff seeks judicial review of a decision to deny her benefits or a decision to deny her access to records under, for example, the Freedom of Information Act or the Privacy Act. Nor does the complaint set forth a statement of a claim showing plaintiff's entitlement to relief. For these reasons, the Court will dismiss the complaint without prejudice because it fails to meet Rule 8(a) standards.

An Order accompanies this Memorandum Opinion.

DATE: 3\36\16

_____
United States District Judge